IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, for the use and benefit of the FMI LARGE CAP FUND,<br><br>Plaintiff,<br><br>v.<br><br>FIDUCIARY MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:15-CV-01170-JPS<br><br>Honorable J. P. Stadtmueller<br><br>Magistrate Judge William E. Duffin |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Wayne County Employees' Retirement System, and Defendant Fiduciary Management, Inc., by their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action should be, and hereby is, dismissed with prejudice and without costs awarded by the Court to any party.

Dated: December 31, 2015                                Respectfully submitted,

                                                  FIDUCIARY MANAGEMENT, INC.

                                                  By:     /s/  John W. Rotunno
                                                        John W. Rotunno (SBN IL/02405342)
                                                        john.rotunno@klgates.com
                                                        Stephen J. O'Neil (SBN IL/3127564)
                                                        stephen.oneil@klgates.com
                                                        Paul J. Walsen (SBN IL/6226318)
                                                        paul.walsen@klgates.com
                                                        Joseph C. Wylie (SBN IL/6270852)
                                                        joseph.wylie@klgates.com
                                                        Dawn J. Johnson (SBN IL/6275206)
                                                        dawn.johnson@klgates.com
                                                        K&L Gates LLP
                                                        70 West Madison Street
                                                        Suite 3100
                                                        Chicago, Illinois  60602
                                                        Telephone:  312.807.4244
                                                        Facsimile:  312.827.1278

                                                        Daniel T. Flaherty (SBN/1011357)
                                                        dflaherty@gklaw.com
                                                        Brian C. Spahn (SBN/1060080)
                                                        bspahn@gklaw.com
                                                        Godfrey & Kahn, S.C.
                                                        780 North Water Street
                                                        Milwaukee, WI  53202
                                                        Telephone:  414.273.3500
                                                        Facsimile:  414.273.5198

                                                        ***Attorneys for Defendant Fiduciary Management, Inc.***

Dated: December 31, 2015                    Respectfully submitted,

                                            WAYNE COUNTY EMPLOYEES'
                                            RETIREMENT SYSTEM


                                    By:     /s/ Nathaniel Cade, Jr.
                                            Nathaniel Cade, Jr. (SBN/1028115)
                                            nate@cade-law.com
                                            Cade Law LLC
                                            P.O. Box 170887
                                            Milwaukee, WI 53217
                                            Telephone: 414.255.3802
                                            Facsimile: 414.255.3804

                                            Peter Linden
                                            plinden@kmllp.com
                                            Ira Press
                                            ipress@kmllp.com
                                            Kirby McInerney LLP
                                            825 Third Avenue, 16th Floor
                                            New York, NY 10022
                                            Telephone: 212.371.6600
                                            Facsimile: 212.751.2540

                                            James P. Allen, Sr.
                                            jamesallen@allenbrotherspllc.com
                                            Allen Brothers PLLC
                                            400 Monroe Street, Suite 220
                                            Detroit, MI 48226
                                            Telephone: 313.962.7777
                                            Facsimile: 313.962.0581

                                            ***Attorneys for Plaintiff Wayne County
                                            Employees' Retirement System***

# CERTIFICATE OF SERVICE

       The undersigned, an attorney, certifies that on December 31, 2015, the foregoing **Stipulation of Dismissal With Prejudice** was served upon the following counsel of record via e-mail and first class U.S. Mail, postage prepaid:

| | |
|---|---|
| James P. Allen, Sr. | Peter Linden |
| jamesallen@allenbrotherspllc.com | plinden@kmllp.com |
| Allen Brothers PLLC | Ira Press |
| 400 Monroe Street, Suite 220 | ipress@kmllp.com |
| Detroit, Michigan 48226 | Kirby McInerney LLP |
| Phone: 313.962.7777 | 825 Third Avenue, 16th Floor |
| Facsimile: 313.962.0581 | New York, New York 10022 |
| | Phone: 212.371.6600 |
| | Facsimile: 212.751.2540 |

                                                             /s/ Dawn L. Johnson